## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**GREEN EDUCATION FOUNDATION**,
a California nonprofit corporation,

     Plaintiff,

                                Case No. 4:16-cv-00795

v.

**CITY OF DENTON**, TEXAS
a Texas municipal corporation,

     Defendant.

## ORDER GRANTING AGREED MOTION FOR DISMISSAL
## WITH PREJUDICE AND FINAL JUDGMENT

     Green Education Foundation and the City of Denton, Texas have agreed that this case should be dismissed with prejudice and have jointly filed an agreed motion for dismissal [de #34].

     Accordingly, it is ORDERED, ADJUDGED, and DECREED that all claims and causes of action in this lawsuit brought by Green Education Foundation against the City of Denton, Texas are hereby DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorney fees.  This is a final judgment disposing of all claims by all parties and all relief heretofore requested by any party is hereby denied.

     **SIGNED this the 26th day of May, 2017.**


_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE